IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
NO. 1:19-CV-222-MOC-WCM

VENUS L. HARDING )
 )
    Plaintiff, )
 ) ORDER
v. )
 )
NORFOLK SOUTHERN )
RAILWAY COMPANY, )
 )
    Defendant. )
_____

Before the Court is a Joint Motion to Amend Expert and Discovery Deadlines or in the Alternative Continue and Reset the Trial Date (the "Motion," Doc. 9).

A Pretrial Order and Case Management Plan (Doc. 8) was entered on September 5, 2019 and established the following deadlines:

- Plaintiff's expert reports    January 6, 2020
- Defendant's expert reports    February 3, 2020
- Discovery    April 5, 2020
- Mediation    April 19, 2020
- Dispositive Motions    May 5, 2020

These deadlines are currently in effect and trial is set for the first session beginning on or after October 5, 2020.

1

In the instant Motion, the parties request either that trial be continued until a date in early 2021 or that certain discovery deadlines be extended. In particular, the parties request that Plaintiff's expert deadline be extended to March 6, 2020, Defendant's expert deadline be extended to April 3, 2020, and the deadline for the completion of all discovery be extended to May 29, 2020.

In support of this request, the parties state that they "are working hard to work within the original dates but are facing hurdles in getting the tasks timely completed." Doc. 9 at ¶ 2. The parties also say that the case "will require substantial discovery and numerous depositions," including depositions of fact witnesses and medical witnesses. Id. at ¶¶ 5 – 6.

The need for a significant change to the pretrial schedule, however, is not clear from the Motion. The parties indicate that they are facing certain "hurdles," but the Motion does not describe these impediments. While "coordinating depositions of the witnesses" and "dealing with the everyday logistics of two litigation firms" may be difficult at times, the Motion does not explain how those routine aspects of litigation practice are more significant in this case than in any other. Further, while the parties advise that depositions have been discussed, the Motion does not reveal whether any depositions have been taken, or scheduled, or identify the number of depositions being contemplated.

Second, the extended deadlines requested by the Motion are themselves problematic. The Motion indicates that a 30-day extension for general and expert discovery, including depositions, is being requested but the proposed change of the discovery deadline from April 5, 2020 to May 29, 2020 represents an extension of nearly two months. In addition, the parties' statement that the requested extensions "will not delay any dispositive motion deadlines" is erroneous. The current dispositive motions deadline is May 5, 2020; the parties' proposed deadline for the completion of discovery is beyond that, at May 29, 2020.

Having reviewed the docket and considered the Motion, the parties' request will be allowed in part and denied in part.

**IT IS THEREFORE ORDERED THAT:**

1. The Joint Motion to Amend Expert and Discovery Deadlines or in the Alternative Continue and Reset the Trial Date (Doc. 9) is **GRANTED IN PART AND DENIED IN PART**.

2. The following deadlines in the Pretrial Order and Case Management Plan (Doc. 8) are **EXTENDED** as noted:

    a. Plaintiff's experts        March 6, 2020

    b. Defendant's experts        April 3, 2020

c. Discovery	May 15, 2020

    d. Mediation	May 22, 2020

    e. Dispositive Motions	June 5, 2020

3. All other deadlines set forth in the Pretrial Order and Case Management Plan remain in effect.

Signed: January 8, 2020

W. Carleton Metcalf
United States Magistrate Judge